# United States Court of Appeals
## For the First Circuit

No. 03-1888

UNITED STATES OF AMERICA,

Appellee,

v.

MARCEL HENDERSON,

Defendant, Appellant.

ERRATA

The panel opinion that issued on September 8, 2006 is amended as follows:

On page 28, line 17, the sentence "This argument is misleading." should be deleted, and the word "However," should be inserted before "the district court knew that Oliveira . . . ."